IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARREN HARRIS,

    Plaintiff,                              No. CIV 05-0003 ALA P

  vs.

DR. KIM, et al.,

    Defendants.                         <u>ORDER</u>

_____/

      Plaintiff is a prisoner proceeding pro se and in forma pauperis pursuant to 28 U.S. C. § 1915.  Before the court is Plaintiff's motion for leave to file an amended complaint.

      The Federal Rules of Civil Procedure provide that a party may amend his or her pleading "once as a matter of course at any time before a responsive pleading is served." Fed. R. Civ. P. 15(a).  However, an amended or supplemental complaint supersedes the original complaint. *See Loux v. Rhay*, 375 F.2d 55, 57 (9th Cir. 1967).  Once an amended pleading is filed, the original pleading no longer serves any function in the case. *Id.*; *see also* E.D. Local Rule 15-220. Although the allegations of this pro se complaint are held to "less stringent standards than formal pleadings drafted by lawyers," *Haines v. Kerner*, 404 U.S. 519, 520 (1972) (per curiam), Plaintiff will be required to comply with the Federal Rules of Civil Procedure and the Local Rules of the Eastern District of California.

/////

1

1       Therefore, IT IS HEREBY ORDERED that Plaintiff's request for leave to file an
2  amended complaint is granted. Plaintiff shall submit an amended complaint within 35
3  days of this order.
4  /////
5  DATED: September 21, 2007

                                                /s/ Arthur L. Alarcón
                                                UNITED STATES CIRCUIT JUDGE
                                                Sitting by Designation