IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARREN HARRIS,

    Plaintiff,                  No. CIV 05-0003 ALA P

vs.

DR. KIM, et al.,

    Defendants.            ORDER

_____/

The motion for the appointment of counsel is DENIED.

**IT IS SO ORDERED.**

DATED: September 21, 2007

/s/ Arthur L. Alarcón
UNITED STATES CIRCUIT JUDGE
Sitting by Designation

1