1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DARREN HARRIS,

12              Plaintiff,                No. CIV 05-0003 ALA P

13         vs.

14   DR. KIM, et al.,

15              Defendants.              ORDER TO SHOW CAUSE

16   _____/

17         Plaintiff is a state prisoner proceeding pro se and in forma pauperis pursuant to 28 U.S.

18   C. § 1915.  On September 21, 2007, this court granted Plaintiff leave to file an amended

19   complaint.  That order required that Plaintiff submit his amended complaint within thirty-five

20   (35) days.  Plaintiff has failed to do so.

21         Therefore, IT IS HEREBY ORDERED that Plaintiff is <u>ordered to show cause within 14</u>

22   <u>days</u> why this action should not be dismissed for Plaintiff's failure to file an amended complaint.

23   /////

24   DATED: November 1, 2007

25

26                              /s/ Arthur L. Alarcón
                                UNITED STATES CIRCUIT  JUDGE
27                              Sitting by Designation

28

                                       1