IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN HARRIS, | 1:05-cv-00003-OWW-WMW (PC) |
| Plaintiff, | ORDER GRANTING SECOND MOTION TO EXTEND TIME TO FILE SECOND AMENDED COMPLAINT |
| vs. | |
| KIM, et al, | (DOCUMENT #40) |
| Defendants. | THIRTY DAY DEADLINE |
| _____/ | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On May 19, 2008, plaintiff filed a motion to extend time to file a second amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to file a second amended complaint.

IT IS SO ORDERED.

**Dated:   May 21, 2008**           /s/  **William M. Wunderlich**
                                     UNITED STATES MAGISTRATE JUDGE