IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARREN HARRIS,

       Plaintiff,        CV F 05 0003 OWW WMW PC

   vs.                    ORDER RE MOTION (DOC 34)

DR. KLARICH, et al.,

       Defendants.

     Plaintiff has filed a motion for the Production of Interrogatories.  Until such time as a discovery order is entered, no discovery may be had by any party.   Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion for Production of Interrogatories filed on January 9, 2008, is denied.

IT IS SO ORDERED.

**Dated:   June 17, 2008**             /s/  William M. Wunderlich
                                        UNITED STATES MAGISTRATE JUDGE