# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN HARRIS, | CASE NO. 1:05-cv-00003-OWW-SKO PC |
|           Plaintiff, | ORDER DENYING MOTION FOR TRANSCRIPTS ON APPEAL |
|   v. | (Doc. 80) |
| KIM, et al., | |
|           Defendants. | |
| _____/ | |

On May 31, 2011, Plaintiff Darren Harris, a state prisoner who was proceeding pro se and in forma pauperis in this civil action, filed a motion seeking transcripts on appeal. This case was resolved exclusively on the written record without any hearings and prior to trial. Local Rule 230(l).

Accordingly, Plaintiff's motion for transcripts is HEREBY DENIED on the ground that there are no transcripts for this case.[1]

IT IS SO ORDERED.

**Dated:    June 2, 2011**                    _____/s/ Sheila K. Oberto_____
                                          UNITED STATES MAGISTRATE JUDGE

---

[1] In addition, Plaintiff is notified that the appellate court has access to the court file in this case, and it will request directly any necessary documents that are in the record.

1