# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN HARRIS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>KIM , et al.,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. 1:05-cv-00003-AWI-SKO PC<br><br>ORDER REQUIRING DEFENDANTS TO FILE A RESPONSE TO PLAINTIFF'S FOURTH AMENDED COMPLAINT<br><br>(Docs. 64 and 83)<br><br>TWENTY-DAY DEADLINE |

   Plaintiff Darren Harris, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on January 3, 2005. Pursuant to the decision of the United States Court of Appeals for the Ninth Circuit, this action shall proceed on Plaintiff's fourth amended complaint against Defendants Olivarria, Williams, and Kim for violation of the Eighth Amendment, and against Defendants Olivarria and Lowden for violation of the First Amendment. (Doc. 83.) Formal mandate issued on June 14, 2012. (Doc. 86.)

   Accordingly, Defendants Olivarria, Williams, Kim, and Lowden are HEREBY ORDERED to file a response to Plaintiff's fourth amended complaint within **twenty (20) days** from the date of service of this order.

IT IS SO ORDERED.

**Dated:   June 15, 2012**　　　　　　　　　　　　　　/s/ Sheila K. Oberto
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1