# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN HARRIS, | CASE NO. 1:05-cv-00003-AWI-SKO PC |
| Plaintiff, | ORDER DENYING RULE 35 MOTION FOR APPOINTMENT OF INDEPENDENT MEDICAL EXAMINER |
| v. | |
| KIM , et al., | (Doc. 99) |
| Defendants. | |

Plaintiff Darren Harris, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on January 3, 2005. On September 7, 2012, Plaintiff filed a motion seeking the appointment of a medical examiner pursuant to Federal Rule of Civil Procedure 35.

Rule 35 provides that a court "may order a party whose mental or physical condition . . . is in controversy to submit to a physical or mental examination by a suitably licensed or certified examiner." However, Rule 35 does not contemplate authorizing Plaintiff to seek his *own* physical examination at government expense. See Tedder v. Odel, 890 F.2d 210, 211-12 (9th Cir. 1989) ("[T]he expenditure of public funds [on behalf of an indigent litigant] is proper only when authorized by Congress. . . .") (citation and internal quotation marks omitted). Therefore, Plaintiff's motion is DENIED.

IT IS SO ORDERED.

**Dated:   November 28, 2012**          /s/ Sheila K. Oberto
                                                        UNITED STATES MAGISTRATE JUDGE