# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN HARRIS, | CASE NO. 1:05-cv-00003-AWI-SKO PC |
| Plaintiff, | ORDER DENYING MOTION FOR SAME-DAY COPY SERVICE |
| v. | (Doc. 101) |
| KIM , et al., | |
| Defendants. | |

Plaintiff Darren Harris, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on January 3, 2005.  On September 12, 2012, Plaintiff filed a motion seeking an order directing the California Men's Colony to provide Plaintiff with same-day copy service.

The Court has no jurisdiction over staff at the California Men's Colony and notwithstanding jurisdictional issues, there is no legal entitlement to same-day copy service.  E.g., Steel Co. v. Citizens for a Better Env't, 523 U.S. 83, 102-04, 118 S.Ct. 1003 (1998); American Civil Liberties Union of Nevada v. Masto, 670 F.3d 1046, 1061-62 (9th Cir. 2012).  Accordingly, Plaintiff's motion is HEREBY DENIED.

IT IS SO ORDERED.

**Dated:   November 28, 2012**          /s/ Sheila K. Oberto
                                        UNITED STATES MAGISTRATE JUDGE

1