# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN HARRIS, | Case No. 1:05-cv-00003-AWI-SKO PC |
| Plaintiff, | ORDER DISREGARDING MOTION FOR STATUS REPORT |
| v. | (Doc. 120) |
| KIM, et al., | |
| Defendants. | |

On November 22, 2013, Plaintiff Darren Harris, a state prisoner proceeding pro se in this civil rights action, filed a motion seeking a status report. The Court does not provide status reports. As long as Plaintiff keeps the Court informed as to his current address, he will be served with all court orders.[1]

Based on the foregoing, Plaintiff's motion for a status report is HEREBY DISREGARDED.

IT IS SO ORDERED.

Dated: **November 26, 2013**     **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE

---

[1] In this case, an order resolving Plaintiff's motion to compel was filed on November 26, 2013.