# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN HARRIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KIM, et al.,<br><br>　　　　Defendants.<br>_____/ | Case No. 1:05-cv-00003-AWI-SKO PC<br><br>ORDER DISREGARDING MOTION FOR STATUS REPORT<br><br>(Doc. 120) |

On November 22, 2013, Plaintiff Darren Harris, a state prisoner proceeding pro se in this civil rights action, filed a motion seeking a status report. The Court does not provide status reports. As long as Plaintiff keeps the Court informed as to his current address, he will be served with all court orders.[1]

Based on the foregoing, Plaintiff's motion for a status report is HEREBY DISREGARDED.

IT IS SO ORDERED.

　　Dated:　**November 26, 2013**　　　　　　　/s/ Sheila K. Oberto
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] In this case, an order resolving Plaintiff's motion to compel was filed on November 26, 2013.