# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN HARRIS, | Case No. 1:05-cv-00003-AWI-SKO PC |
| Plaintiff, | ORDER STRIKING PLAINTIFF'S LETTER TO DEFENDANTS' COUNSEL RE DISCOVERY DISPUTE |
| v. | |
| KIM, et al., | (Doc. 123) |
| Defendants. | |
| _____/ | |

On January 8, 2014, the Court received a copy of Plaintiff's letter to Defendants' counsel regarding Plaintiff's dissatisfaction with Defendants' supplemental discovery responses. (Doc. 123.) Plaintiff's letter to counsel complies with the terms of the Court's order filed on November 26, 2013, and it triggers counsel's obligation to arrange to meet and confer with Plaintiff in an attempt to resolve their discovery dispute. (Doc. 121.) However, the letter should not have been sent to the Court; the Court is not involved, and will not become involved, in the parties' discovery dispute at this juncture. The Court will consider any issues raised by the parties if it becomes necessary for Plaintiff to file a motion to compel, but under the terms of the operative order, a motion to compel is premature at this juncture, as is any supporting documentation which may be relevant to a future motion to compel.

///

///

Based on the foregoing, Plaintiff's letter to Defendants' counsel is HEREBY ORDERED STRICKEN from the record.

IT IS SO ORDERED.

Dated:  **January 14, 2014**                              **/s/ Sheila K. Oberto**
                                                                       UNITED STATES MAGISTRATE JUDGE

2