# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN HARRIS, | Case No. 1:05-cv-00003-AWI-SKO (PC) |
| Plaintiff, | ORDER DENYING IN FORMA PAUPERIS AS MOOT |
| v. | (Doc. 138) |
| KIM, et al., | |
| Defendants. | |

On May 27, 2014, Plaintiff Darren Harris, a state prisoner proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983, filed a motion seeking leave to proceed in forma pauperis on appeal. (Doc. 138.)

Plaintiff's motion is moot given that he is proceeding in forma pauperis in the district court. Fed. R. App. P. 24(a)(3). Furthermore, Plaintiff's appeal was dismissed for lack of jurisdiction on June 10, 2014. (Doc. 141.)

For these reasons, Plaintiff's motion is HEREBY DENIED as moot.

IT IS SO ORDERED.

Dated: June 18, 2014

_____
SENIOR DISTRICT JUDGE