# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN HARRIS, | Case No. 1:05-cv-00003-AWI-SKO (PC) |
| Plaintiff, | **ORDER DIRECTING CLERK'S OFFICE TO SERVE MOTION FOR ORDER OF CONTEMPT ON DR. JEFFERY BEARD** |
| v. | |
| KIM, et al., | **(Doc. 151)** |
| Defendants. | **RESPONSE DEADLINE: TWENTY-ONE DAYS** |

On August 19, 2014, California Department of Corrections and Rehabilitation Director Secretary Jeffery Beard, Ph.D., was personally served with a subpoena duces tecum commanding him to produce documents to Plaintiff at California Men's Colony on September 26, 2014. Fed. R. Civ. P. 45. On October 2, 2014, Plaintiff filed a motion seeking an order of contempt based on Dr. Beard's failure to respond to the subpoena. Fed. R. Civ. P. 45(g).

Accordingly, the Clerk's Office shall serve a copy of the motion on Dr. Beard, and Dr. Beard SHALL file a response within **twenty-one (21) days** from the date of service of this order.

IT IS SO ORDERED.

Dated:  **October 3, 2014**              /s/ Sheila K. Oberto
                                  UNITED STATES MAGISTRATE JUDGE