# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN HARRIS,<br><br>             Plaintiff,<br><br>     v.<br><br>KIM, et al.,<br><br>             Defendants.<br>_____/ | Case No. 1:05-cv-00003-AWI-SKO (PC)<br><br>ORDER DIRECTING CLERK'S OFFICE TO SEND PLAINTIFF COPY OF DOCKET<br><br>(Doc. 152) |

In response to Plaintiff's inquiry regarding case activity, filed on October 2, 2014, the Clerk's Office is HEREBY DIRECTED to send Plaintiff a courtesy copy of the docket.

Plaintiff's request that the Court send him copies of Defendants' filings is denied. If, after reviewing the docket, Plaintiff believes he did not receive any filings served on him by Defendants, he may contact Defendants' counsel and request re-service.

IT IS SO ORDERED.

Dated:   **October 3, 2014**                        **/s/ Sheila K. Oberto**
                                         UNITED STATES MAGISTRATE JUDGE