# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN HARRIS,<br><br>            Plaintiff,<br><br>      v.<br><br>KIM, et al.,<br><br>            Defendants.<br>_____/ | Case No. 1:05-cv-00003-AWI-SKO (PC)<br><br>ORDER REGARDING SETTLEMENT CONFERENCE FOLLOWING RECEIPT OF SETTLEMENT CONFERENCE STATEMENTS<br><br>(Doc. 182) |

Pursuant to the order filed on August 11, 2015, the parties submitted confidential settlement conference statements to the Court's Alternative Dispute Resolution division in Sacramento. The confidential statements have been reviewed and the Court has determined that at this juncture, it is not appropriate to set this case for a settlement conference. However, the parties are encouraged to engage in informal settlement negotiations and should they determine in the future that they are sufficiently close to an agreement that a settlement conference would be beneficial, they may notify the Court.

IT IS SO ORDERED.

Dated:    **September 11, 2015**                             **/s/ Sheila K. Oberto**
                                                                              UNITED STATES MAGISTRATE JUDGE