1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

10  DARREN HARRIS,                          Case No. 1:05-cv-00003-AWI-SKO (PC)

11          Plaintiff,                      ORDER DIRECTING CLERK'S OFFICE TO
                                            SEND PLAINTIFF LAST PAGE OF
12      v.                                  UNSIGNED PRETRIAL STATEMENT
                                            (PAGE 46 OF 47) AND REQUIRING
13  KIM, et al.,                            PLAINTIFF TO SIGN AND RETURN THE
                                            PAGE WITHIN TWENTY DAYS
14          Defendants.
                                            (Doc. 187)
15

16  _____/

17          Plaintiff Darren Harris, a state prisoner proceeding pro se and in forma pauperis, filed this

18  civil rights action pursuant to 42 U.S.C. § 1983 on January 3, 2005.  This action is proceeding on

19  Plaintiff's fourth amended complaint against Defendants Olivarria, Williams, and Kim for

20  violation of the Eighth Amendment, and against Defendants Olivarria and Lowden for violation of

21  the First Amendment.

22          Jury trial is set for January 26, 2016, and on October 19, 2015, Plaintiff filed an unsigned

23  pretrial statement, which is forty-seven pages including the certificate of service.  Unsigned filings

24  cannot be considered.  Fed. R. Civ. P. 11(a); Local Rule 131.  In this instance, the Court will make

25  an exception to its general practice and have the Clerk's Office send Plaintiff the last page of his

26  pretrial statement (page forty-six of forty-seven).  Plaintiff is required to sign and return the page

27  within twenty days.  If he fails to do so, his pretrial statement will be stricken from the record.

28  ///

Accordingly, it is HEREBY ORDERED that:

1.    The Clerk's Office shall send Plaintiff the last page of his pretrial statement for signature (doc. 187, page 46 of 47);

2.    Plaintiff shall sign and return the page within **twenty (20) days** from the date of service of this order; and

3.    If Plaintiff fails to comply with this order, his unsigned pretrial statement will be stricken from the record.

IT IS SO ORDERED.

Dated:   **October 21, 2015**                                **/s/ Sheila K. Oberto**
                                                     UNITED STATES MAGISTRATE JUDGE